THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Melvin Thomason, Appellant.
 
 
 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2010-UP-017
Submitted January 4, 2010  Filed January
 25, 2010  
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: 
 Melvin Thomason appeals his convictions and sentences for armed robbery and
 assault and battery of a high and aggravated nature, arguing the circuit court
 erred in refusing to direct a verdict of acquittal for the armed robbery charge
 because the State failed to prove a bottle of wine constituted a deadly
 weapon.  After a thorough review of the
 record and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Thomason's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.  
HUFF,
 A.C.J., GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.